THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN-HUDSON REALTY COMPANY, Appellant, *v.* CLARK WILLIAMS, as Comptroller of the State of New York, Respondent.

*People ex rel. Manhattan-Hudson Realty Co.* v. *Willians,* 143 App. Div. 972, affirmed.

(Submitted October 5, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1911, which confirmed, on certiorari, the

proceedings of defendant in assessing a franchise tax against the relator.

*Alfred B. Thacher* for appellant.

*Thomas Carmody, Attorney-General (Irving D. Vann* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.